1  HANSON BRIDGETT LLP
   RAYMOND F. LYNCH, SBN 119065
2  rlynch@hansonbridgett.com
   SARAH D. MOTT, SBN 148597
3  smott@hansonbridgett.com
   JANE M. FEDDES, SBN 282117
4  jfeddes@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, California 94105
   Telephone:     (415) 777-3200
6  Facsimile:      (415) 541-9366

7  Attorneys for Defendant
   BANK OF AMERICA CORPORATION

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12  OMID BEHJOU,                              CASE NO. CV 12 1590 CRB

13            Plaintiff,                      **SECOND JOINT STIPULATION TO EXTEND CASE MANAGEMENT**
14       v.                                   **CONFERENCE AND ORDER**

15  BANK OF AMERICA CORPORATION,              (N.D. Local Rules 6-1(b), 6-2(a))

16            Defendant.

17

18       WHEREAS, pursuant to the Court's order of July 9, 2012, Defendant Bank of America

19  Corporation ("Defendant") and Plaintiff Omid Behjou ("Plaintiff") (collectively, the "Parties") are

20  calendared to appear for an Initial Case Management Conference ("CMC") on August 24, 2012

21  (Dkt. 19);

22       WHERAS, Plaintiff Omid Behjou brought an action against Defendant and other parties,

23  *Behjou v. Bank of America Group Benefits, et al*, United States District Court, Northern District of

24  California, Case No. CV-10-3982-JBA (JCS) ("*Behjou 1*").  On June 25, 2012, the parties to

25  *Behjou 1* participated in a settlement conference with Magistrate Judge Joseph C. Spero and

26  resolved the case;

27       WHEREAS, the Parties participated in a settlement conference with Judge Spero on July

28  19, 2012 in the above-captioned action.  The Parties agreed that they would engage in limited

4457296.1                                      -1-                          CV 12 1590 CRB

1   discovery to further the possibility of settlement.  A further settlement conference was ordered by

2   Judge Spero for November 1, 2012 (Dkt. 20);

3          WHEREAS, for the reasons of judicial economy, there is good cause to extend the Case

4   Management Conference date by 98 days from August 24, 2012 to November 30, 2012 as set forth

5   in the attached declaration of Raymond F. Lynch;

6          WHEREAS, this is the second request for extension of the Case Management Conference;

7          NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby

8   stipulate and agree as follows, and respectfully ask the Court to sign this stipulation as its Order:

9          The Case Management Conference is rescheduled for 8:30 a.m. on December 7, 2012, and

10  all associated deadlines shall be in accordance with FRCP 26(f) and (d), ADR Local Rule 3-5,

11  Civil L.R. 16 and the Court's Standing Orders.

12         This stipulation is presented pursuant to Local Rules 6-1(b) and 6-2(a).

13              **IT IS SO STIPULATED** between the parties.

14  DATED: August 2, 2012                    HANSON BRIDGETT LLP

15

16                                  By:       /s/ Jane M. Feddes

17                                       RAYMOND F. LYNCH
                                         SARAH D. MOTT
18                                       JANE M. FEDDES
                                         Attorneys for Defendant
19                                       BANK OF AMERICA

20

21

22

23

24

25

26

27

28

4457296.1                                    -2-                              CV 12 1590 CRB
SECOND JOINT STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND [PROPOSED]
                                            ORDER

1    DATED: August 2, 2012              LAW OFFICES OF RICHARD M. ROGERS
                                        LAW OFFICES OF LAURENCE R. PADWAY

2

3

4                                   By: _____ /s/ Richard M. Rogers _____

5                                      RICHARD M. ROGERS
                                     LAURENCE F. PADWAY

6                                      Attorneys for Plaintiff
                                     OMID BEHJOU

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND JOINT STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND [PROPOSED]
ORDER

1

2   PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

3

4   Dated:  August 6, 2012

5   HON. CHARLES R. BREYER
    United States Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-                                                    CV 12 1590 CRB

SECOND JOINT STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER