UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OMID BEHJOU,<br><br>                Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION,<br><br>                Defendant. | Case No. 3:12-cv-01590 NC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court will hold a case management conference on January 16, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties or lead counsel must appear in person and must be prepared to discuss all items mentioned in Civil Local Rule 16-10. Any updates to the parties' joint case management statement shall be filed by January 9, 2013. Please see this Court's Civil Standing Order for more information.

    IT IS SO ORDERED.

    DATED: December 31, 2012

                                            NATHANAEL M. COUSINS
                                            United States Magistrate Judge