| | |
|---|---|
| 1 | RICHARD M. ROGERS, #045843 |
|   | LAW OFFICE OF RICHARD M. ROGERS |
| 2 | 100 Bush Street, #1980 |
|   | San Francisco, CA  94104 |
| 3 | Telephone:   415/981-9788 |
|   | Facsimile:    415/981-9798 |
| 4 | Email:           RogersRMR@yahoo.com |

Laurence F. Padway, #83914
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, Ca 94501
Telephone: (510) 814-6100
Facsimile:  (510) 814-0650
Email: Lpadway@padway.com

Attorneys for Plaintiff
OMID BEHJOU


HANSON BRIDGETT LLP
RAYMOND F. LYNCH, SBN 119065
rlynch@hansonbridgett.com
SARAH D. MOTT, SBN 148597
smott@hansonbridgett.com
JANE M. FEDDES, SBN 282117
jfeddes@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMID BEHJOU,<br><br>              Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION,<br><br>              Defendant. | CASE NO. CV 12 1590 NC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br> AS MODIFIED<br>Judge:  Hon. Nathanael Cousins<br>Date:    January 16, 2013<br>Time:   10:00 a.m.<br><br>Trial Date:         N/A |

Whereas, Pursuant to the Court's order of December 31, 2012, Defendant Bank of America Corporation ("Defendant") and Plaintiff Omid Behjou ("Plaintiff")(collectively, the "Parties") are calendared to appear for a Case Management Conference on January 16, 2013 (Dkt. 30);

Whereas, neither Laurence F. Padway and Richard M. Rogers (counsel for Plaintiff) are available on January 16, 2013 due to calendar conflicts in other matters;

Now, therefore, the parties stipulate to continue the case management conference to ~~January 23, 2013~~ at 10:00 a.m.

IT IS SO STIPULATED.

DATED: January 7, 2013              HANSON BRIDGETT LLP

By: /S/ Jane M. Feddes
RAYMOND F. LYNCH
SARAH D. MOTT
JANE M. FEDDES
Attorneys for Defendant
BANK OF AMERICA

DATED: January 7, 2013

By: /s/ Laurence F. Padway
Richard M. Rogers
Laurence F. Padway
Attorneys for Plaintiff
Omid Behjou

PURSUANT TO STIPULATION, IT IS SO ORDERED. The case management conference in the above matter is continued to ~~January 23, 2013~~ at 10:00 a.m.
February 6, 2013

Dated: January 8, 2013

Hon. Nathanael Cousins
U.S. District Court Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

4852250.1

-2-
JOINT CASE MANAGEMENT STATEMENT                     CV 12 1590 CRB