| | |
|---|---|
| 1 | RICHARD M. ROGERS, #045843<br>LAW OFFICE OF RICHARD M. ROGERS |
| 2 | 100 Bush Street, #1980<br>San Francisco, CA  94104 |
| 3 | Telephone:   415/981-9788<br>Facsimile:     415/981-9798 |
| 4 | Email:         RogersRMR@yahoo.com |
| 5 | Laurence F. Padway, #83914<br>Law Offices of Laurence F. Padway |
| 6 | 1516 Oak Street, Suite 109<br>Alameda, Ca 94501 |
| 7 | Telephone: (510) 814-6100<br>Facsimile:  (510) 814-0650 |
| 8 | Email: Lpadway@padway.com |
| 9 | |
| 10 | Attorneys for Plaintiff<br>OMID BEHJOU |
| 11 | |
| 12 | HANSON BRIDGETT LLP<br>RAYMOND F. LYNCH, SBN 119065 |
| 13 | rlynch@hansonbridgett.com<br>SARAH D. MOTT, SBN 148597 |
| 14 | smott@hansonbridgett.com<br>JANE M. FEDDES, SBN 282117 |
| 15 | jfeddes@hansonbridgett.com<br>425 Market Street, 26th Floor |
| 16 | San Francisco, California 94105<br>Telephone:   (415) 777-3200 |
| 17 | Facsimile:    (415) 541-9366 |
| 18 | Attorneys for Defendant<br>BANK OF AMERICA, N.A. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMID BEHJOU,<br><br>          Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION,<br><br>          Defendant. | CASE NO. CV 12 1590 NC<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE**<br> AS MODIFIED<br>Judge:  Hon. Nathanael Cousins<br>Date:   January 16, 2013<br>Time:   10:00 a.m.<br><br>Trial Date:        N/A |

Whereas, Pursuant to the Court's order of December 31, 2012, Defendant Bank of America Corporation ("Defendant") and Plaintiff Omid Behjou ("Plaintiff")(collectively, the "Parties") are calendared to appear for a Case Management Conference on January 16, 2013 (Dkt. 30);

Whereas, neither Laurence F. Padway and Richard M. Rogers (counsel for Plaintiff) are available on January 16, 2013 due to calendar conflicts in other matters;

Now, therefore, the parties stipulate to continue the case management conference to ~~January 23, 2013~~ at 10:00 a.m.

IT IS SO STIPULATED.

DATED: January 7, 2013                HANSON BRIDGETT LLP

By: /S/ Jane M. Feddes
RAYMOND F. LYNCH
SARAH D. MOTT
JANE M. FEDDES
Attorneys for Defendant
BANK OF AMERICA

DATED: January 7, 2013

By: /s/ Laurence F. Padway
Richard M. Rogers
Laurence F. Padway
Attorneys for Plaintiff
Omid Behjou

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case management conference in the above matter is continued to ~~January 23, 2013~~ at 10:00 a.m.
February 6, 2013

Dated: January 8, 2013

Hon. Nathanael Cousins
U.S. District Court Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

Whereas, Pursuant to the Court's order of December 31, 2012, Defendant Bank of America Corporation ("Defendant") and Plaintiff Omid Behjou ("Plaintiff")(collectively, the "Parties") are calendared to appear for a Case Management Conference on January 16, 2013 (Dkt. 30);

Whereas, neither Laurence F. Padway and Richard M. Rogers (counsel for Plaintiff) are available on January 16, 2013 due to calendar conflicts in other matters;

Now, therefore, the parties stipulate to continue the case management conference to ~~January 23, 2013~~ at 10:00 a.m.

IT IS SO STIPULATED.

DATED: January 7, 2013                HANSON BRIDGETT LLP

By: /S/ Jane M. Feddes
RAYMOND F. LYNCH
SARAH D. MOTT
JANE M. FEDDES
Attorneys for Defendant
BANK OF AMERICA

DATED: January 7, 2013

By: /s/ Laurence F. Padway
Richard M. Rogers
Laurence F. Padway
Attorneys for Plaintiff
Omid Behjou

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case management conference in the above matter is continued to ~~January 23, 2013~~ at 10:00 a.m.
February 6, 2013

Dated: January 8, 2013

Hon. Nathanael Cousins
U.S. District Court Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

-2-
JOINT CASE MANAGEMENT STATEMENT                CV 12 1590 CRB
4852250.1