UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OMID BEHJOU,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION,<br><br>　　Defendant. | Case No. 12-cv-01590 NC<br><br>**ORDER VACATING DEADLINES AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 36 |

　　The parties attended a case management conference on May 29, 2013. After considering the joint case management statement submitted by the parties and the arguments of counsel made at the conference, IT IS HEREBY ORDERED THAT:

　　1. DISCOVERY. The parties must conduct plaintiff's deposition by August 30, 2013.

　　2. FURTHER CASE MANAGEMENT CONFERENCE. A further case management conference is scheduled for September 18, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Ave, San Francisco. The parties must submit an updated joint case management statement by September 11, 2013.

　　With the exception of the trial date, all deadlines set in this Court's February 7, 2013 case management scheduling order, Dkt. No. 34, are vacated. The Court will revisit the

1  issue of scheduling at the further case management conference.

2  IT IS SO ORDERED.

3  Date: May 30, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge