```
 1  HANSON BRIDGETT LLP
    RAYMOND F. LYNCH, SBN 119065
 2  rlynch@hansonbridgett.com
    MOLLY L. KABAN, SBN 232477
 3  mkaban@hansonbridgett.com
    JANE M. FEDDES, SBN 282117
 4  jfeddes@hansonbridgett.com
    425 Market Street, 26th Floor
 5  San Francisco, California 94105
    Telephone:  (415) 777-3200
 6  Facsimile:  (415) 541-9366

 7  Attorneys for Defendant
    BANK OF AMERICA, N.A.
 8

 9  LAURENCE F. PADWAY, #83914
    LAW OFFICES OF LAURENCE F. PADWAY
10  1516 Oak Street, Suite 109
    Alameda, CA 94501
11  Telephone: (510) 814-6100
    Facsimile: (510) 814-0650
12
    Attorneys for Plaintiff
13  OMID BEHJOU
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMID BEHJOU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION,<br><br>　　　　　Defendant. | CASE NO. CV 12 1590 NC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER PURSUANT TO FRCP 41(a)(1) and (2)**<br><br>**Judge: Hon. Nathanael M. Cousins** |

Plaintiff OMID BEHJOU ("Plaintiff") and Defendant BANK OF AMERICA CORPORATION ("Defendant"), by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure sections 41(a)(1) and (2).

WHEREAS, Plaintiff filed this lawsuit on March 29, 2012.

1  WHEREAS, Plaintiff and Defendant have entered into a Settlement Agreement
2  and Release which settles all aspects of the lawsuit against Defendant without
3  admission of liability of wrongdoing, liability or fault.

4  WHEREAS, Plaintiff moves to dismiss the with prejudice the lawsuit against
5  Defendant pursuant to FRCP 41(a)(1) and (2). Each side shall pay its own attorneys'
6  fees and costs except as expressly set forth in the Settlement Agreement and Release.

7  WHEREAS Defendant, who has answered the complaint, agrees to the dismissal
8  with prejudice. The case is not a class action, and no receiver has been appointed.

9  Wherefore, Plaintiff and Defendant, by and through their attorneys of record, so
10 stipulate.

11 DATED: December 4, 2013                    HANSON BRIDGETT LLP

13                                             By:  /S/ RAYMOND F. LYNCH
                                                   RAYMOND F. LYNCH
14                                                 MOLLY L. KABAN
                                                   JANE M. FEDDES
15                                                 Attorneys for Defendant
                                                   BANK OF AMERICA

16 DATED: December 4, 2013                    LAW OFFICES OF LAURENCE F. PADWAY

19                                             By:  /S/ LAURENCE F. PADWAY
                                                   LAURENCE F. PADWAY
20                                                 Attorneys for Plaintiff
                                                   OMID BEHJOU

IT IS SO ORDERED.

Dated: __January 8, 2014__, 2013

**GRANTED**
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA